IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cowing, Annabelle

Printed: 01/29/09

Case Number: 06 B 01521
Judge: Hollis, Pamela S
Filed: 2/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 24, 2008
Confirmed: April 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,553.29 |  |
| Secured: |  | 15,364.00 |
| Unsecured: |  | 8,795.18 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,803.00 |
| Trustee Fee: |  | 1,575.59 |
| Other Funds: |  | 15.52 |
| Totals: | 27,553.29 | 27,553.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,803.00 | 1,803.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 15,364.00 | 15,364.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 6,463.06 | 0.00 |
| 4. | Capital One | Unsecured | 524.41 | 2,097.62 |
| 5. | Asset Acceptance | Unsecured | 53.34 | 213.34 |
| 6. | Jefferson Capital | Unsecured | 676.09 | 2,704.37 |
| 7. | Midland Credit Management | Unsecured | 87.74 | 350.96 |
| 8. | Jefferson Capital | Unsecured | 266.51 | 1,066.03 |
| 9. | National Capital Management | Unsecured | 124.29 | 497.15 |
| 10. | Peoples Energy Corp | Unsecured | 380.46 | 1,521.82 |
| 11. | NCO Financial Services Inc | Unsecured | 85.97 | 343.89 |
| 12. | Green Tree Finance Serv Corp | Unsecured | 2,245.01 | 0.00 |
| 13. | CFG Credit LP | Unsecured |  | No Claim Filed |
| 14. | MCI | Unsecured |  | No Claim Filed |
| 15. | Bank First | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,073.88 | $ 25,962.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 179.90 |
| 5% | 65.00 |
| 4.8% | 104.64 |
| 5.4% | 614.52 |
| 6.5% | 604.30 |
| 6.6% | 7.23 |
|  | $ 1,575.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cowing, Annabelle

Printed: 01/29/09

Case Number:  06 B 01521
Judge:  Hollis, Pamela S
Filed:  2/20/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

